UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MICHAEL F. ELLIOT                              )
               Plaintiff      )
                        )
v.                                              )       CIVIL ACTION NO. 3:26-cv-00469-CRS
                        )
OFFICER CALEB BERGQUIST                          )
INDIVIDUALLY AND IN HIS                          )
OFFICIAL CAPACITY AS OFFICER                     )
OF LOUISVILLE METRO POLICE                       )
DEPARTMENT, ET AL.                               )
                        )
            Defendants   )

*ELECTRONICALLY FILED*

---

**AGREED ORDER**

The Plaintiff, Michael F. Elliot, and the Defendants, Officer Caleb Bergquist, Individually and in His Official Capacity as Officer of Louisville Metro Police Department, Officer Charles Pearson, Individually and in His Official Capacity as Officer of Louisville Metro Police Department, Louisville Metro Police Department, and Louisville/Jefferson County Metro Government, each by their respective counsel, being in agreement, and the Court being otherwise duly and sufficiently advised,

IT IS HEREBY ORDERED that the Defendants, Officer Caleb Bergquist, Individually and in His Official Capacity as Officer of Louisville Metro Police Department, Officer Charles Pearson, Individually and in His Official Capacity as Officer of Louisville Metro Police Department, Louisville Metro Police Department, and Louisville/Jefferson

County Metro Government shall have through and including July 17, 2026, to file responsive pleadings to Plaintiff's Complaint.

Plaintiff shall have through and including August 27, 2026, to respond to any motion to dismiss filed by any Defendant.

As necessary, Defendants shall have through and including September 10, 2026, to reply to Plaintiff's response.

June 22, 2026

**Charles R. Simpson III, Senior Judge**
**United States District Court**

cc:  Counsel of Record