UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

MICHAEL F. ELLIOT                    )
                        Plaintiff   )
                                     )
v.                                   )        CIVIL ACTION NO. 3:26-cv-00469-CRS
                                     )
OFFICER CALEB BERGQUIST              )
INDIVIDUALLY AND IN HIS             )
OFFICIAL CAPACITY AS OFFICER        )
OF LOUISVILLE METRO POLICE          )
DEPARTMENT, ET AL.                   )
                                     )
                        Defendants  )

*ELECTRONICALLY FILED*

---

**NOTICE OF CONVENTIONAL FILING**

The Defendants, Officer Charles Pearson, individually and in his official capacity as Officer of Louisville Metro Police Department, Louisville Metro Police Department, and Louisville/Jefferson County Metro Government, by counsel, hereby provide notice to the Court and the parties that they are conventionally filing the following item with the Office of the Clerk of Court as Exhibit 1 to their Motion to Dismiss:

Exhibit 1 – BWC of Officer Charles Pearson

Contemporaneous with the filing of this Notice, copies of the foregoing exhibit will be sent to counsel of record through Metro Secure File Transfer.

Respectfully submitted,

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY

/s/ Brendan R. Daugherty
Samantha A. Bevins
Brendan R. Daugherty
Assistant Jefferson County Attorneys
200 S. Fifth St., Ste. 300N
Louisville, Kentucky 40202
PHONE: (502) 574-6333
samantha.bevins@louisvilleky.gov
brendan.daugherty@louisvilleky.gov
*COUNSEL FOR DEFENDANTS PEARSON,
LMPD, AND METRO*

## CERTIFICATE OF SERVICE

This is to certify that the undersigned electronically filed the foregoing on July 17, 2026, using the Court's CM/ECF system which will send copies to counsel of record.

/s/ Brendan R. Daugherty
*COUNSEL FOR DEFENDANTS
PEARSON, LMPD, AND METRO*

2